

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-82,711-01; WR-82,711-02; WR-82,711-03

### EX PARTE ERIC CLINTON BIRD, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. F-2006-2125-E; F-2006-2126-E; F-2006-2127-E
### IN THE 367TH DISTRICT COURT FROM DENTON COUNTY

**YEARY, J., filed a dissenting opinion.**

## O P I N I O N

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: FEBRUARY 3, 2016
DO NOT PUBLISH